IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Paradise IP LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>J2 Global, Inc.,<br><br>    Defendant. | Case No. 6:20-cv-999-ADA<br><br>Patent Case<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
J2 GLOBAL, INC. TO ANSWER OR OTHERWISE RESPOND**

Defendant J2 Global, Inc. moves for a 30-day extension to answer or otherwise respond to the Complaint for Patent Infringement (the "Complaint") filed on October 28, 2020.

Defendant's deadline to answer or otherwise respond to the Complaint is currently set for November 20, 2020.  With a 30-day extension, Defendant's answer or other response would be due on December 21, 2020.  This motion is not brought for the purpose of delay.  Rather, this extension is necessary because Defendant is in the process of retaining counsel and, as a result, needs additional time to answer or otherwise respond to the Complaint.

Counsel for Defendant has conferred with counsel for Plaintiff.  This motion is unopposed.  Accordingly, Defendant J2 Global, Inc. requests the Court grant the foregoing motion and enter an Order extending its deadline to answer or otherwise respond to the Complaint to December 21, 2020.

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 18th day of November, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus